UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy

**MCGIBNEY, BRIAN,**            Case No. 13-60805 MBM
**MCGIBNEY, LINDA,**            Chapter 7
    Debtor(s)                        Hon. Marci B. McIvor
_____/

## ORDER ALLOWING DEFERRED PAYMENT OF FILING FEE

The Trustee and the Debtor(s) stipulated to entry of this order allowing the deferred payment of the filing fee. The court being otherwise advised,

IT IS ORDERED that the Debtor(s) shall pay the filing fee as follows:

**$306.00 on or before February 18, 2014.**

IT IS FURTHER ORDERED that the in the event that the payment is not timely made, the Debtor(s) case shall be dismissed.

.

Signed on January 09, 2014

                           /s/ Marci B. McIvor
                           Marci B. McIvor
                           United States Bankruptcy Judge